29 So.2d 905

**Howard SPENCE v. STATE.**

4 Div. 932.

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

29 So.2d 905

**Henry SPENCER v. STATE.**

.4 Div. 956.

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

---

29 So.2d 905

**Lynvil SPENCER v. STATE.**

6 Div. 362.

Court of Appeals of Alabama.
Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

34 So.2d 34

**Howard Eugene SPURGIN v. STATE.**

6 Div. 484.

Court of Appeals of Alabama.
Jan. 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

29 So.2d 906

**Dillard SPURLOCK v. STATE.**

8 Div. 535.

Court of Appeals of Alabama.
Jan. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

---

35 So.2d 925

**J. T. STAMPS v. STATE.**

6 Div. 602.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

' BRICKEN, Presiding Judge.
Affirmed.